B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Shakia Diane Lee**
Debtor(s)

Case No. 13 B 22466
Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __71.00__ Check one  ☐ With the filing of the petition, or
☒ On or before __July 1, 2013__

$ __71.00__ on or before __July 31, 2013__
$ __71.00__ on or before __August 30, 2013__
$ __71.00__ on or before __September 30, 2013__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __6/4/13__

BY THE COURT

_Carol A. Doyle_
United States Bankruptcy Judge

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy